427 A.2d 1195

First Penna. Bank v. Weber, Foerderer Tract Comm., Inc., Forward Lands, Inc., Eagson Corp.

Appeal of Eagson Corp.

Appeal of DeAngelis.

 Argued January 11, 1980. John Gallagher, for Eagson, appellant at No. 2474 and appellee at No. 2651. Mitchell E. Panzer, for First Penna. Bank, appellee at No. 2474 and at No. 2651; Marvin L. Wilenzik, for Weber et al., appellees at Nos. 2474 and 2651; Sidney M. DeAngelis, for himself at No. 2651.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

* Judge Donald E. Wieand is sitting by special designation.